JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE INS. CO., as Subrogee for BRIAN MILLER,<br><br>             Plaintiff,<br><br>    v.<br><br>MAYFLOWER TRANSIT, LLC, and Does 1 to 20,<br><br>             Defendants. | Case No. EDCV 09-368-VAP (FMOx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order granting Defendant Mayflower Transit LLC's Motion for Judgment on the Pleadings, filed herewith, IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Mayflower Transit LLC and against Plaintiff Allstate Insurance Company, as subrogee for Brian Miller.  Accordingly, the Court DISMISSES WITH PREJUDICE Plaintiff's Complaint.

1      The Court orders that such judgment be entered.
2
3
4 Dated: <u>April 14, 2009</u>     _____
                                         VIRGINIA A. PHILLIPS
5                                          United States District Judge