1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ALLSTATE INS. CO., as Subrogee for BRIAN MILLER, | ) ) ) ) | Case No. EDCV 09-368-VAP (FMOx) |
|---|---|---|
| Plaintiff, | ) ) | **AMENDED JUDGMENT** |
| v. | ) ) | |
| MAYFLOWER TRANSIT, LLC, and Does 1 to 20, | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order granting Defendant Mayflower Transit LLC's Motion for Summary Judgment, filed herewith, IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Mayflower Transit LLC and against Plaintiff Allstate Insurance Company, as subrogee for Brian Miller. Accordingly, the Court DISMISSES WITH PREJUDICE Plaintiff's Complaint.

1       The Court orders that such judgment be entered.

4 Dated: <u>April 17, 2009</u>

                                        VIRGINIA A. PHILLIPS
                                        United States District Judge